# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN M. GORMAN,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00901-GMN-NJK<br><br>ORDER |

On August 26, 2015, Plaintiff and Defendant Equifax Information Services LLC filed a waiver of service, making Defendant Equifax Information Services LLC's response to the complaint due by October 25, 2015. Docket No. 6. To date, Defendant Equifax Information Services LLC has failed to appear. The Court hereby ORDERS Plaintiff to file a status report no later than March 2, 2016.

IT IS SO ORDERED.

DATED: February 25, 2016

_____
Nancy J. Koppe
United States Magistrate Judge